IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAY 0 1 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
vs. ) No. 3:14-mj-3035-DGW
)
MICHELLE LYNN SMITH, )
)
           Defendant. )

## CRIMINAL COMPLAINT

I, Sanela Konjevic, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### Conveying a False Threat

On or about April 28, 2014, in Calhoun County, within the Southern District of Illinois,

**MICHELLE LYNN SMITH,**

defendant, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be a violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, SMITH left a note in the Calhoun County High School in Hardin, Illinois, indicating the following:

> This school is going down today. KABOOM!!!!!!!!!!!!!! Im tired of all the people here. Everyone is going down, the school will b n flames. It is so stupid here. I cant take it ne

1

more. The teachers suck and don't do ne thing to help u. All that matters is what ur name is. If I had certain names I would not have the truble I do. Don't matter, this place sucks and will not be here for long. So long and GOOD-BYE!!!!!!!!!

All in violation of Title 18, United States Code, Section 1038(a)(1).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Criminal Complaint is based on the following facts.

## AFFIDAVIT

I, Sanela Konjevic, am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed as a special agent since February 2011. I am vested with the authority to investigate violations of State and Federal law. The statements contained in this affidavit are based on my investigation and information derived from reports and interview of law enforcement officers and witnesses. In support of this Criminal Complaint, after being duly sworn, I state the following:

1. On April 28, 2014, Kate Sievers, the Principal of Calhoun High School (and Superintendent of Calhoun Unit #40), was provided with a written letter containing a threat against the Calhoun High School, and the people therein. The letter was discovered by a student in the ladies restroom at Calhoun High School near one of the commodes. The note threatened that the "... school is going down today. KABOOM" and that "(e)veryone is going down, the school will b n flames," and "... this place sucks and will not be here for long. So long and GOOD-BYE." Upon discovery of the note, classes were terminated and the students evacuated. The parents of the students were notified of the threat.

2. On April 28, 2014 at approximately 1:00 p.m., the Calhoun County Sheriff's Department requested the Illinois State Police (ISP), District 18 handle a potential bomb threat at the Calhoun County High School in Hardin, Illinois. The school was evacuated, and the

Secretary of State Police Bomb Squad and Capitol Police K-9s conducted a search of the building with negative results.  At that time, ISP District 18 Patrol Units cleared the scene, and ISP Zone 6 Agents David Wargo #5245 and Patrick McGuire #5389 were left to conduct their investigation.

3. Kate Sievers stated that the Calhoun High School maintains video surveillance of the entrance to the ladies room wherein the letter was discovered. (Earlier in 2014, the Superintendent had discovered graffiti written on a toilet seat and wall containing threats against the school.  Photographs of that graffiti was taken and is in possession of the Calhoun Unit #40 School District.)  One of the persons shown going into the restroom in question was Michelle L. Smith, a teacher at Calhoun High School.

4. At approximately 2:00 p.m., Reporting Agent (R/A) S/A David Wargo #5245 obtained the original letter which was found in the female bathroom.  The letter was placed in a clear plastic sleeve.  A list of people who had touched the document was also obtained, in case an attempt is made to review the document for fingerprints.  R/A also began reviewing the school's video system, which captures the entrances to the restroom where the document was found.  A list was generated documenting the names of who entered and exited the female restroom where the document was found.  Based on that list, interviews were scheduled for those who entered the restroom.

5. The note indicated the following:

This school is going down today.  KABOOM!!!!!!!!!!!!!!  Im tired of all the people here. Everyone is going down, the school will b n flames.  It is so stupid here.  I cant take it ne more.  The teachers suck and don't do ne thing to help u.  All that matters is what ur name is.  If I had certain names I would not have the truble I do.  Don't matter, this place sucks and will not be here for long.  So long and GOOD-BYE!!!!!!!!!

6. On April 29, 2014, R/A, along with S/A McGuire, audio/video recorded the interviews of each teacher/staff member of the school who entered the female restroom between the time of approximately 8:00 a.m. and 12:00 p.m. on April 28, 2014. Of the teachers/faculty interviewed, all agreed to submit to a voice stress analysis exam, and all granted written consent to access their computer account on the school's computer system and/or the computer in their room. All teachers/faculty also agreed to submit their fingerprints, if necessary to compare to the document found in the bathroom. The initial interviews, which were conducted at the Calhoun High School, were concluded by approximately 3:00 p.m. R/A contacted Major Roger Kirby, of the Jerseyville Police Department, to schedule the voice stress analysis exams. Major Kirby advised R/A that he would be able to conduct one exam that day and then he had time off scheduled the rest of the week, but would be able to conduct more the following week when he returned to work.

7. Since it was learned that Special Education teacher MICHELLE L. SMITH (01/22/1978) lived in Jerseyville, R/A asked if she would be able to meet at the Jerseyville Police Department for the voice stress analysis exam. SMITH agreed and met R/A at the Jerseyville PD at approximately 4:00 p.m. Based on the results of the voice stress analysis, R/A and S/A McGuire re-interviewed SMITH at the Jerseyville Police Department. R/A showed SMITH the original Miranda form, which she signed at the Calhoun County High School and asked SMITH if she remembered her rights, which she stated she did. During the interview, SMITH admitted to creating the threatening document during her second hour "prep" period, which she described as the period of the day when there are no kids present in her classroom. SMITH also stated she used the first or second computer in a row of five computers which students have access to in her room. SMITH stated she used one of those two computers because someone was already logged

onto it so she was not required to use her login account information. SMITH stated she printed the document and folded it in half and placed the document in her pocket. SMITH then walked to the bathroom and sat down in the fourth stall, which she described as the biggest stall in the bathroom. SMITH used the bathroom, and then stated she put the folded document on the ground, using her right hand to demonstrate how she would have set the document down. SMITH then washed her hands and left the bathroom. R/A asked if SMITH knew if any other people were in the restroom at the time she placed the document on the floor and SMITH stated she did not know. R/A then asked SMITH if she would have left the document on the floor if she thought someone else was in there and she stated "no". SMITH could not recall exactly what the document said, but did recall it was of a threatening nature.

    8.    Kate Sievers advised that Calhoun Unit #40 had similar threats in 2007 and 2008 at Calhoun Elementary School. At that time Michelle Smith was employed as a teacher at Calhoun Elementary. Records of those threats are held at the office of the Superintendent of Calhoun Unit #40. In addition, at the time of the threats against the school in 2007 and 2008, threats were made against Kathi Schell, Principal of Calhoun Elementary. Records of that incident are maintained in the personnel files of Kathi Schell and Michelle Smith.

    9.    At approximately 6:35 p.m. R/A contacted Calhoun County State's Attorney Richard Ringhausen and advised him of the investigation. At approximately 6:45 p.m., SMITH was placed into custody and transported to the Jersey County Sheriff's Jail (which is the holding facility for Calhoun County) to be held pending formal charges.

FURTHER AFFIANT SAYETH NAUGHT

*[signature]*
SANELA KONJEVIC
Special Agent
Federal Bureau of Investigation

State of Illinois     )
                      )   ss
County of Saint Clair )

Sworn to before me and subscribed in my presence on ___May 1___, 2014, in East St. Louis, Illinois.

*[signature]*
DONALD G. WILKERSON
**United States Magistrate Judge**

STEPHEN R. WIGGINTON
United States Attorney

*[signature]*
WILLIAM E. COONAN
Assistant United States Attorney