FILED

MAY 2 1 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) No. 14-30085-NJR
)
MICHELLE LYNN SMITH, )
)
Defendant. )

## INDICTMENT

**THE GRAND JURY CHARGES:**

**Conveying a False Threat**

On or about April 28, 2014, in Calhoun County, within the Southern District of Illinois,

**MICHELLE LYNN SMITH,**

defendant, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be a violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, SMITH left a note in the Calhoun County High School in Hardin, Illinois, indicating the following:

> This school is going down today. KABOOM!!!!!!!!!!!!!! Im tired of all the people here. Everyone is going down, the school will b n flames. It is so stupid here. I cant take it ne more. The teachers suck and don't do ne thing to help u. All that matters is what ur name is. If I had certain names I would not have the truble I do. Don't matter, this place sucks and will not be here for long. So long and GOOD-BYE!!!!!!!!!

All in violation of Title 18, United States Code, Section 1038(a)(1).

STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

WILLIAM E. COONAN
Assistant United States Attorney

Recommended Bond: Detention