```
                                                                    FILED

                                                                  SEP - 2 2014
          IN THE UNITED STATES DISTRICT COURT                 CLERK U.S. DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ILLINOIS              SOUTHERN DISTRICT OF ILLINOIS
                                                                 EAST ST. LOUIS OFFICE
```

UNITED STATES OF AMERICA,          )
                                         )
           Plaintiff,     )
                                         )
    vs.                       )     No. 14-cr-30085-NJR
                                       )
MICHELLE LYNN SMITH,               )
                                       )
          Defendant.     )

## STIPULATION OF FACTS

The attorney for the United States and the attorney for the Defendant have engaged in discussions and have stipulated to the following facts to support the plea of guilty in accordance with U.S.S.G. § 6B1.4.

### Conveying a False Threat

1.    On or about April 28, 2014, in Calhoun County, within the Southern District of Illinois, **MICHELLE LYNN SMITH**, defendant, did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be a violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a).

2. Specifically, SMITH left a note in the Calhoun County High School in Hardin, Illinois, indicating the following:

> This school is going down today.   KABOOM!!!!!!!!!!!!!!   Im tired of all the people here.  Everyone is going down, the school will b n flames.   It is so stupid here.   I cant take it ne more.   The teachers suck and don't do ne thing to help u.   All that matters is what ur name is.   If I had certain names I would not have the truble I do.   Don't matter, this place sucks and will not be here for long.   So long and GOOD-BYE!!!!!!!!!

**IT IS SO STIPULATED.**

_____
MICHELLE LYNN SMITH
Defendant

_____
PHILLIP J. KAVANAUGH, III
Attorney for Defendant

Date: __9-2-14__, 2014

UNITED STATES OF AMERICA
Plaintiff

_____
WILLIAM E. COONAN
MICHAEL HALLOCK
Assistant United States Attorneys

Date: __9/2/14__, 2014